STATE v. BLUE

No. 292P00

Case below: 138 N.C.App. 404

Motion by Attorney General for temporary stay allowed 10 July 2000 pending determination of the Attorney General's petition of discretionary review.

STATE v. CONNER

No. 219A91-3

Case below: Gates County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Gates County, denied 12 July 2000.

STATE v. COOPER

No. 289A00

Case below: 138 N.C.App. 495

Petition by Attorney General for writ of supersedeas and motion for temporary stay denied 6 July 2000.

STATE v. FARMER

No. 242P00

Case below: 138 N.C.App. 127

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 July 2000.

STATE v. FIEDLER

No. 284P00

Case below: 138 N.C.App. 328

Motion by defendant for temporary stay allowed 27 June 2000.